# United States District Court
# Eastern District of California
Redding Branch

UNITED STATES OF AMERICA )
)
vs. )
)
Stephen Gasparas )
)

VIOLATE/CASE NO. 3:10-mj-0031 CMK

**ORDER TO APPEAR**

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on 12-1-10, at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 10-26-10

Christy L. Pine
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison